CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 15 2008
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 4:05-cr-00014 |
| | ) | Civil Action No. 4:08-cv-80046 |
| v. | ) | **2255 FINAL ORDER** |
| | ) | By: Hon. Jackson L. Kiser |
| JAMES ANTHONY GRAVELY. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to petitioner and to counsel of record for respondent.

ENTER:   This 15th day of July, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge